RECEIVED
IN LAFAYETTE, LA.

MAR 16 2011

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION   **6:11CR00058**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | |
| VERSUS | * | 18 U.S.C. § 641 |
| | * | 18 U.S.C. § 1001(a)(2) |
| LISA TRICHELLE BERNARD, a.k.a. | * | |
| LISA TRICHELLE WOOLEY, a.k.a. | * | JUDGE DOHERTY |
| LISA TRICHELLE WOOLEY THOMAS | * | |
| | | MAGISTRATE JUDGE HANNA |

### INDICTMENT

**THE FEDERAL GRAND JURY CHARGES:**

<u>COUNT 1</u>
18 U.S.C. § 641
Theft of Money From an
Agency of the United States

Beginning on or about, July, 2005, and continuing until on or about July, 2008, in the Western District of Louisiana, the defendant, LISA TRICHELLE BERNARD, a.k.a., LISA TRICHELLE WOOLEY, a.k.a. LISA TRICHELLE WOOLEY THOMAS, did knowingly embezzle, steal, and purloin money from the Social Security Administration, a department and agency of the United States, specifically Title II Survivors Insurance Benefits, to which she was not entitled, having a value greater than $1,000.00, namely approximately $68,023.00, in United States Government funds administered by the Social Security Administration, all in violation of Title 18 United States Code, Section 641. [18 U.S.C. § 641].

## COUNT 2
## 18 U.S.C. § 1001(a)(2)
## False Statements to an
## Agency of the United States

On or about July 26, 2005, within the Western District of Louisiana, the defendant, LISA TRICHELLE BERNARD, a.k.a. LISA TRICHELLE WOOLEY, a.k.a. LISA TRICHELLE WOOLEY THOMAS, in a matter within the jurisdiction of the United States Social Security Administration, did knowingly and wilfully make a materially false written statements, knowing the same to be false, by completing and presenting to the Social Security Administration an Application for Title II Federal Survivors Insurance Benefits as the payee for her four (4) minor children, on a forms entitled, APPLICATION FOR CHILD'S INSURANCE BENEFITS – SURVIVOR CLAIM, and RECEIPT FOR YOUR CLAIM FOR SOCIAL SECURITY CHILD'S INSURANCE BENEFITS, and falsely stated material facts on those forms, namely that all four (4) of her minor children for whom the application was then being made and filed were living with her deceased husband, Christopher John Bernard, on July 16, 2005, the date of his death, and further falsely representing on the same forms that all four (4) of the aforementioned children were living with her in Scott, Louisiana, at the time that the application was made and the application forms were filed, when in truth and in fact two (2) of the children did not live with her deceased husband at the time of his death, and at least two (2) of the children were not living with the defendant at the time that the application was being made and filed, all in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 3
## 18 U.S.C. § 1001(a)(2)
## False Statements to an
## Agency of the United States

On or about March 1, 2008, within the Western District of Louisiana, the defendant, LISA TRICHELLE BERNARD, a.k.a. LISA TRICHELLE WOOLEY, a.k.a. LISA TRICHELLE WOOLEY THOMAS, in a matter within the jurisdiction of the United States Social Security Administration, did knowingly and wilfully make a materially false written statements, knowing the same to be false, in order obtain money to which she was not entitled as a Representative Payee for Title II Federal Survivors Insurance Benefits administered by the Social Security Administration the payment of benefits on behalf of her four (4) minor children, by falsely representing material facts on a Form SSA-6230 entitled, Representative Payee Report, namely that from September 1, 2006 to August 31, 2007, all four (4) of her children listed on the Representative Payee Report had lived with the defendant at her residence in Scott, Louisiana, when in truth and in fact, none of the children listed on the form had lived with the defendant during that reporting period, all in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 4
## 18 U.S.C. § 1001(a)(2)
## False Statements to an
## Agency of the United States

On or about March 28, 2008, within the Western District of Louisiana, the defendant, LISA TRICHELLE BERNARD, a.k.a. LISA TRICHELLE WOOLEY, a.k.a. LISA TRICHELLE WOOLEY THOMAS, in a matter within the jurisdiction of the United States Social Security Administration, did knowingly and wilfully make materially false written statements, knowing the same to be false, in order obtain money to which she was not entitled as a Representative Payee for

Title II Federal Survivors Insurance Benefits administered by the Social Security Administration the payment of benefits on behalf of her four (4) minor children, by falsely representing material facts on a Form SSA-6230 entitled, Representative Payee Report, namely that from September 1, 2006 to August 31, 2007 all four (4) of her children listed on the Representative Payee Report had lived with the defendant at her residence in Scott, Louisiana, when in truth and in fact, none of the children listed on the form had lived with the defendant during that reporting period, all in violation of Title 18, United States Code, Section 1001(a)(2).

### COUNT 5
### 18 U.S.C. § 1001(a)(2)
### False Statements to an
### Agency of the United States

On or about April 29, 2008, within the Western District of Louisiana, the defendant, LISA TRICHELLE BERNARD, a.k.a. LISA TRICHELLE WOOLEY, a.k.a. LISA TRICHELLE WOOLEY THOMAS, in a matter within the jurisdiction of the United States Social Security Administration, did knowingly and wilfully make materially false written statements, knowing the same to be false, in order obtain money to which she was not entitled as a Representative Payee for Title II Federal Survivors Insurance Benefits administered by the Social Security Administration the payment of benefits on behalf of her four (4) minor children, by falsely representing material facts on a Form SSA-L732 entitled, Verification Form, namely certifying that all of the $25,696 in Survivors Insurance Benefits paid to her between September 1, 2006 and August 31,2007, for her four (4) children listed on the Verification Form was used for the care and support of the children, when in truth and in fact, no significant amount of the money was used for the care and support of the children all in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 6
## 18 U.S.C. § 1001(a)(2)
## False Statements to an
## Agency of the United States

On or about March 28, 2008, through May 30, 2008 within the Western District of Louisiana, the defendant, LISA TRICHELLE BERNARD, a.k.a. LESA BERNARD, a.k.a. LISA TRICHELLE WOOLEY, a.k.a. LISA TRICHELLE WOOLEY THOMAS, in a matter within the jurisdiction of the United States Social Security Administration, did knowingly and wilfully make materially false written statements, knowing the same to be false, in order obtain money to which she was not entitled as the payee Title II Federal Survivors Insurance Benefits administered by the Social Security Administration on be half of her four (4) minor children, by falsely representing material facts on a Form SSA-6230 entitled, Representative Payee Report, namely that all four (4) of her children listed on the Representative Payee Report had lived with the defendant from September 1, 2005 to August 31, 2006, when in truth and in fact two (2) the children lived with the defendant for no more than a month, and thereafter, none of the children lived with the defendant during that reporting period, all in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 7
## 18 U.S.C. § 1001(a)(2)
## False Statements to
## an Agency of the United States

On or about April 29, 2008, within the Western District of Louisiana, the defendant, LISA TRICHELLE BERNARD, a.k.a. LESA BERNARD, a.k.a. LISA TRICHELLE WOOLEY, a.k.a. LISA TRICHELLE WOOLEY THOMAS, in a matter within the jurisdiction of the United States Social Security Administration, did knowingly and wilfully make a materially false written

statements, knowing the same to be false, in order obtain money to which she was not entitled as the payee Title II Federal Survivors Insurance Benefits administered by the Social Security Administration owned by half of her four (4) minor children, by falsely representing material facts on a Form SSA 6230 entitled, Representative Payee Report, namely that $24,816 in Survivors Insurance Benefits administered by the Social Security Administration claimed and received by the defendant between September 1, 2005 through August 31, 2006, as payee on the half of her four (4) children listed on the Form SSA 6230, had been used for the care and support of her four (4) children, when in truth and in fact, no significant amount of the money was used for the care and support of the children during the period in question, all in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

REDACTED

FO_____Y

STEPHANIE A. FINLEY
United States Attorney

_/s/ Joseph T. Mickel_
JOSEPH T. MICKEL ID NO. 09285
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501-6832
Telephone: (337) 262-6618